FILED
ASHEVILLE, N. C.
MAY 2 6 2005
U.S. DISTRICT COURT
W. DIST. OF N. C.

NCW 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) ) ) ) | CIVIL ACTION NO. MDL 875 |
| This Documents Relates to: ) ) RONALD E. SPLAWN and spouse, ) SHELBA M. SPLAWN, ) ) Plaintiffs, ) ) v. ) ) AMERICAN STANDARD, INC., et al., ) ) Defendants. ) | USDC-WDNC FILE NO. 1:03-CV-00252 |

### ORDER OF DISMISSAL

This matter is before the Court upon Motion of the plaintiffs, Ronald E. Splawn and spouse, Shelba M. Splawn, to voluntarily dismiss this action as to defendant The Goodyear Tire & Rubber Company (hereinafter "Goodyear"), pursuant to Rule 41 of the Federal Rules of Civil Procedure.

It appearing that grounds exist to permit plaintiffs to voluntarily dismiss this action without prejudice as to defendant Goodyear, the Court concludes that this motion should be granted.

It is therefore ORDERED, ADJUDGED AND DECREED that the actions of plaintiffs against defendant Goodyear, only, be dismissed without prejudice.

This the 16th day of May, 2005.

_____
Honorable Charles R. Weiner, U.S. District Judge