IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**FILED**
ASHEVILLE, N. C.

JUL 1 8 2005

U.S. DISTRICT COURT
~~W. DIST.~~ OF N. C.

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)
This Document Relates to:

MDL Docket No. 875

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Civil Action No. 1:03CV252

RONALD E. SPLAWN and spouse,
SHELBA M. SPLAWN,

    Plaintiffs,

vs.

AMERICAN STANDARD, INC., a
Delaware Corporation, et al,

    Defendants.

**JOINT STIPULATION OF
DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs, Ronald E. Splawn and Shelba M. Splawn, and Defendant, International Paper Company, improperly and mistakenly identified as successor in interest to Champion International Corporation, by and through the undersigned attorneys, hereby stipulate that all claims by Plaintiffs against Defendant in this action shall be dismissed with prejudice. Each party shall bear its own fees and costs.

This the 2nd day of ~~May~~ June, 2005.

So Ordered
Charles R. Weiner
6/10/2005

DONALDSON & BLACK, P.A.

By: /s/ Janet Ward Black
Janet Ward Black
N.C. State Bar. No. 12869
208 West Wendover Avenue
Greensboro, NC 27401
Telephone: (336) 273-3812
*Attorney for Plaintiffs*

HAMILTON FAY MOON STEPHENS
STEELE & MARTIN, PLLC

By: /s/ Richard E. Fay
Richard E. Fay
N.C. State Bar No. 14435
Charlotte Plaza · Suite 2020
201 South College Street
Charlotte, North Carolina 28244-2020
Telephone: (704) 344-1117
*Attorney for International Paper Company*

CHLT 109376v.1