IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | Civil Action No. MDL 875 |
| This Document Relates to: | W.D.N.C. |
| RONALD E. SPLAWN and spouse, SHELBA M. SPLAWN, | File No. 1:03-CV-252 |
| Plaintiffs, | MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE |
| vs. | |
| AMERICAN STANDARD, INC., a Delaware corporation, et al; | |
| Defendants. | |

The plaintiffs, Ronald E. Splawn and Shelba M. Splawn, hereby move pursuant to Rule 41 of the Federal Rules of Civil Procedure for an Order voluntarily dismissing with prejudice defendant Zurn Industries, Inc. (hereinafter "Zurn") only, based on the settlement of plaintiffs' claims against Zurn in this action.

This the 31st day of August, 2005.

CONSENTED TO:

_____
Barbara J. Dean     (N.C.Bar #5572)
Dean & Gibson, LLP
301 S. McDowell Street, Suite 900
Charlotte, NC 28204
(704) 372-2700
*Counsel for Defendant*
*Zurn Industries, Inc.*

_____
Janet Ward Black    (N.C.Bar #12869)
Donaldson & Black, P.A.
208 W. Wendover Avenue
Greensboro, NC 27401
(336) 273-3812
*Counsel for Plaintiffs*

APPROVED BY THE COURT AND SO ORDERED:

_____
Honorable Charles R. Weiner, U.S. District Judge
Date: 9/8/2005

# CERTIFICATE OF SERVICE

I, Barbara J. Dean, do hereby certify that I have served a copy of the foregoing *Motion for Voluntary Dismissal with Prejudice* on the attorneys listed below by mailing a copy of the same to each of them, postage prepaid, through the United States Postal Service, First Class, this the 31st day of August, 2005.



FILED
SEP 2 2005
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

Barbara J. Dean

Ms. Janet Ward Black
Donaldson & Black, P.A.
208 W. Wendover Avenue
Greensboro, NC 27401
*Attorney for Plaintiffs*

Mr. John Bowman McLeod
Haynsworth, Sinkler, Boyd, P.A.
P.O. Box 2048
Greensville, SC 29602
*Attorney for Bayer Cropscience, Inc.*

Mr. Richard V. Bennett
Bennett & Guthrie, PLLC
1560 Westbrook Plaza Dr.
Winston-Salem, NC 27103
*Attorney for American Standard, Inc.*

Mr. W. David Conner
Haynsworth, Sinkler, Boyd, P.A.
P.O. Box 2048
Greensville, SC 29602
*Attorney for Bayer Cropscience, Inc.*

Mr. Mark S. Thomas
Maupin Taylor, P.A.
P. O. Drawer 19764
Raleigh, NC 27619-9764
*Attorney for A.W. Chesterton, Inc.*

Mr. James B. Pressly, Jr.
Haynsworth, Sinkler, Boyd, P.A.
P.O. Box 2048
Greensville, SC 29602
*Attorney for CertainTeed Corporation*

Ms. Monica F. Patterson
Hawkins & Parnell, LLP
4000 SunTrust Plaza
303 Peachtreet Street, NE
Atlanta, GA 30308-3243
*Attorney for Ashland, Inc.*

Mr. John Bowman McLeod
Haynsworth, Sinkler, Boyd, P.A.
P.O. Box 2048
Greensville, SC 29602
*Attorney for CertainTeed Corporation*

Mr. James B. Pressly, Jr.
Haynsworth, Sinkler, Boyd, P.A.
P.O. Box 2048
Greensville, SC 29602
*Attorney for Bayer Cropscience, Inc.*

Mr. W. David Conner
Haynsworth, Sinkler, Boyd, P.A.
P.O. Box 2048
Greensville, SC 29602
*Attorney for CertainTeed Corporation*

Mr. Richard E. Fay
Hamilton, Gaskins, Fay & Moon, PLLC
201 S. College Street, Suite 2020
Charlotte, NC 28244-2020
*Attorney for Champion International Corp.*

Mr. Stephen B. Williamson
Van Winkle, Buck, Wall Starnes & Davis, P.A.
P. O. Box 7376
Asheville, NC 28802
*Attorney for Cleaver-Brooks Co.*

Mr. Stephen B. Williamson
Van Winkle, Buck, Wall Starnes & Davis, P.A.
P. O. Box 7376
Asheville, NC 28802
*Attorney for Cleaver-Brooks*

Mr. Timothy W. Bouch
Leath, Bouch & Crawford, LLP
P. O. Box 59
Charleston, SC 29402
*Attorney for Crown Cork & Seal Company, Inc.*

Mr. James B. Pressly, Jr.
Haynsworth, Sinkler, Boyd, P.A.
P.O. Box 2048
Greensville, SC 29602
*Attorney for Dana Corporation*

Mr. John Bowman McLeod
Haynsworth, Sinkler, Boyd, P.A.
P.O. Box 2048
Greensville, SC 29602
*Attorney for Dana Corporation*

Mr. W. David Conner
Haynsworth, Sinkler, Boyd, P.A.
P.O. Box 2048
Greensville, SC 29602
*Attorney for Dana Corporation*

Mr. Richard C. Biedrzycki
Phelan, Pettit & Biedrzycki
121 S. Broad Street, Suite 1600
Philadelphia, PA 19107
*Attorney for Exxon Mobile Corp.*

Mr. H. Lee Davis, Jr.
Davis & Hamrick, L.L. P.
P.O. Box 20039
Winston-Salem, NC 27120-0039
*Attorney for Flintkote Company*

Mr. Timothy W. Bouch
Leath Bouch & Crawford
P. O. Box 59
Charleston, SC 29402
*Attorney for Garlock Sealing Technologies, LLC*

Kenneth Kyre, Jr.
Pinto, Coates, Kyre & Brown, PLLC
P.O. Box 4848
Greensboro, NC 27404
*Attorney for Georgia Pacific Corporation*

Mr. A. Todd Brown
Hunton & Williams
101 South Tryon Street, Suite 3500
Charlotte, NC 28280
*Attorney for Goodrich Corporation*

Mr. John D. Epps
Hunton & Williams
101 South Tryon Street, Suite 3500
Charlotte, NC 28280
*Attorney for Goodrich Corporation*

Ms. Dixie T. Wells
Smith Moore LLP
P.O. Box 21927
Greensboro, NC 27420
*Attorney for The Goodyear & Tire Rubber Company*

Mr. Timothy Peck
Smith Moore LLP
P.O. Box 21927
Greensboro, NC 27420
*Attorney for The Goodyear & Tire Rubber Company*

Mr. Richard V. Bennett
Bennett& Guthrie, PLLC
1560 Westbrook Plaza Dr.
Winston-Salem, NC 27103
*Attorney for IMO Industries, Inc.*

Mr. Timothy Peck
Smith Moore LLP
P.O. Box 21927
Greensboro, NC 27420
*Attorney for Ingersoll-Rand Company*

Mr. Mark E. Anderson
Patterson, Dilthey, Clay, Bryson and Anderson LLP
4020 Westchase Blvd., Suite 550
Raleigh, NC 27607
*Attorney for John Crane, Inc.*

Mr. Thomas M. Buckley
Patterson, Dilthey, Clay, Bryson and Anderson LLP
4020 Westchase Blvd., Suite 550
Raleigh, NC 27607
*Attorney for John Crane, Inc.*

Mr. David S. Pokela
Nexsen, Pruet, Adams & Kleemeier, PLLC
P.O. Box 3463
Greensboro, NC 27402
*Attorney for Lockheed Martin Corporations*

Mr. George Monroe Schumann
Dickie, McCamey & Chilcote, P.C.
Two PPG Place, Suite 400
Pittsburgh, PA 15222-5402
*Attorney for Lockheed Martin Corporations*

Mr. Stephen M. Fowler
Pullin, Powler & Flanagan, PLLC
1000 Bank One Center
707 Virginia Street, Suite E
Charleston, WV 25301
*Attorney for Lockheed Martin Corporations*

Mr. Carter T. Lambeth
Johnson & Lambeth
P.O. Box 660
Wilmington, NC 28402
*Attorney for Maremont Corporation*

Mr. James D. Gandy, III
Pierce, Herns, Solan & McLeod, LLC
P.O. Box 22437
Charleston, SC 29413
*Attorney for Maremont Corporation*

Mr. James G. Kennedy
Pierce, Herns, Solan & McLeod, LLC
P.O. Box 22437
Charleston, SC 29413
*Attorney for Maremont Corporation*

Mr. Keith E. Coltrain
Elmore and Wall, PA
P.O. Box 10937
Raleigh, NC 27605
*Attorney for Metropolitan Life Insurance Company*

Mr. Jeffrey A. Kadis
Hedrick, Eatman, Gardner & Kincheloe
P.O. Box 30397
Charlotte, NC 28230
*Attorney for 3M Company*

Mr. Carter T. Lambeth
Johnson & Lambeth
P.O. Box 660
Wilmington, NC 28402
*Attorney for National Service Industries, Inc.*

Mr. James D. Gandy, III
Pierce, Herns, Solan & McLeod, LLC
P.O. Box 22437
Charleston, SC 29413
*Attorney for National Service Industries, Inc.*

Mr. James G. Kennedy
Pierce, Herns, Solan & McLeod, LLC
P.O. Box 22437
Charleston, SC 29413
*Attorney for National Service Industries, Inc.*

Ms. Tracy E. Tomlin
Nelson, Mullins, Riley & Scarborough, LLP.
100 N. Tryon Street, Suite 2400
Bank of America Corporate Center
Charlotte, NC 28202-4021
*Attorney for Pfizer Incorporated*

Ms. Tracy E. Tomlin
Nelson, Mullins, Riley & Scarborough, LLP.
100 N. Tryon Street, Suite 2400
Bank of America Corporate Center
Charlotte, NC 28202-4021
*Attorney for Quigley Company, Inc.*

Ms. Monica F. Patterson
Hawkins & Parnell, LLP
4000 SunTrust Plaza
303 Peachtreet Street, NE
Atlanta, GA 30308-3243
*Attorney for Riley Power Inc.*

Ms. Francis McGill Hadden
Hecker Brown Sherry and Johnson
1700 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103
*Attorney for SB Decking, Inc.*

Ms. Monica F. Patterson
Hawkins & Parnell, LLP
4000 SunTrust Plaza
303 Peachtreet Street, NE
Atlanta, GA 30308-3243
*Attorney for Sepco Corporation*

Ms. Tracy E. Tomlin
Nelson Mullins Riley & Scarborough
100 N. Tryon Street, Suite 2400
Charlotte, NC 28202-4000
*Attorney for Sepco Corporation*

Mr. James B. Pressly, Jr.
Haynsworth, Sinkler, Boyd, P.A.
P.O. Box 2048
Greensville, SC 29602
*Attorney for Union Carbide Corporation*

Mr. John Bowman McLeod
Haynsworth, Sinkler, Boyd, P.A.
P.O. Box 2048
Greensville, SC 29602
*Attorney for Union Carbide Corporation*

Mr. W. David Conner
Haynsworth, Sinkler, Boyd, P.A.
P.O. Box 2048
Greensville, SC 29602
*Attorney for Union Carbide Corporation*

Mr. Craig E. Brasfield
Forman, Perry, Watkins, Krutz & Tardy
P.O. Box 22608
Jackson, MS 39225-2608
*Attorney for Uniroyal Holding, Inc.*

Mr. Richard L. Forman
Forman, Perry, Watkins, Krutz & Trady
P.O. Box 22608
Jackson, MS 39225-2608
*Attorney for Uniroyal Holding, Inc.*

Mr. Alexander M. Bullock
Evert & Weathersby
3405 Piedmont Road, Suite 225
Atlanta, GA 30305
*Attorney for Viacom, Inc.*

Mr. C. Michael Evert, Jr.
Evert & Weathersby
3405 Piedmont road, Suite 225
Atlanta, GA 30305
*Attorney for Viacom, Inc.*

Mr. Ivan A. Gustafson
Evert & Weathersby
3405 Piedmont Road, Suite 225
Atlanta, GA 30305
*Attorney for Viacom, Inc.*

Mr. Kirk Gibson Warner
Smith Anderson
2500 Wachovia Capitol Center
Post Office Box 2611
Raleigh, NC 27602-2611
*Attorney for Wheeler Sales Company*

Mr. Robert W. Wilkinson
Dogan & Wilkinson, PLLC
P.O. Box 1618
Pascagoula, MS 39568-1618
*Attorney for Wheeler Sales Company*

Ms. Susan H. Hargrove
Smith Anderson
P.O. Box 2611
Raleigh, NC 27602-2611
*Attorney for Wheeler Sales Company*

Mr. H. Lee Davis, Jr.
Davis & Hamrick, LLP
P. O. Drawer 20039
Winston-Salem, NC 27120-0039
*Attorney for Worthington Pump, Inc.*

Ms. Dana H. Davis
Young, Moore & Henderson, P.A.
P.O. Box 31627
Raleigh, NC 27622
*Attorney for York International Corporation*