IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA



FILED
ASHEVILLE, N.C.

OCT 1 9 2006

U.S. DISTRICT COURT
W. DIST. OF N.C.

IN RE: ASBESTOS PRODUCTS LIABILITY ) CIVIL ACTION NO. MDL 875
LITIGATION (NO. VI) )

This Document Relates to:

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

RONALD E. SPLAWN AND SPOUSE, )
SHELBA M. SPLAWN, )
)
    Plaintiffs, )
)
v. ) File No. 1:03CV252
)
LOCKHEED MARTIN CORPORATION )
et al., )
)
    Defendants. )

THOMAS C. ROBINSON and spouse, )
AGNES ROBINSON, )
)
    Plaintiffs, )
)
v. ) File No. 1:03CV278
)
LOCKHEED MARTIN CORPORATION, )
et al. )
)
    Defendants. )

ORDER OF DISMISSAL

This matter is before the Court upon motions herein of the Plaintiffs pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure to voluntarily dismiss their actions without prejudice as to the Defendant Lockheed Martin Corporation.

THEREFORE, IT IS NOW ORDERED that those actions with respect to the Defendant Lockheed Martin Corporation be, and the same hereby is, dismissed without prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. The parties shall bear their own costs.

This the 3rd day of October, 2006.

*[signature]*

HONORABLE JAMES T. GILES
UNITED STATES DISTRICT COURT JUDGE

WE MOVE:

WARD BLACK, P.A. d/b/a WARD BLACK LAW

By: *[signature]*

Janet Ward Black
N.C. State Bar No. 12869
208 W. Wendover Avenue
Greensboro, NC 27401
Attorneys for Plaintiffs


WE CONSENT:

NEXSEN PRUET ADAMS KLEEMEIER, PLLC

By: *[signature]*

David S. Pokela
NC State Bar No. 19217
P.O. Box 3463
Greensboro, NC 27402
Attorneys for Defendant Lockheed Martin Corporation